Name: Matthew J. Nicori
Prison Number: 14573
Place of confinement: Yukon Kuskokwim Correctional Center
Mailing address: PO Box 400
City, State, Zip: Bethel, AK 99559
Telephone: (907) 543-5245

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Matthew James Nicori,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Brandon Viator,
John O. Patikka,
Rachel Duvlea,
Bailey J. Woolfstead,
(Enter full names of defendant(s) in this action. Do NOT use et al.)
John Doe
Jane Doe,

Defendant(s).

Case No. 4:23-cv-00012-JMK
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Matthew Nicori, (print your name) who presently resides at Yukon Kuskokwim Correctional Center, PO Box 400, Bethel, AK 99559 (mailing address or place of confinement) were violated by the actions of the individual(s) named below.

Brandon Viator, AST
John O. Patikka, OPA
Rachel Duvlea, POA
Bailey J. Woolfstead, Assistant Attorney General
John Doe
Jane Doe

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Brandon Viator__ is a citizen of
_____(name)_____
__Alaska__, and is employed as a __Alaska state trooper__.
(state)                                        (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __John O. Putikka__ is a citizen of
_____(name)_____
__Alaska__, and is employed as a __Office of Public Advocacy__.
(state)                                        (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Rachel Duvlea__ is a citizen of
_____(name)_____
__Alaska__, and is employed as a __Public defenders Agency__.
(state)                                        (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Case 4:23-cv-00012-JMK   Document 1   Filed 06/15/23   Page 2 of 17

Defendant NO.4, _Bailey J. Woolfstead_ is a citizen of _Alaska_, and is employed as a _Assistant Attorney General_.

____ this defendant personally participated in causing my injury, and I want money damages.
OR
_X_ the policy or custom of this official's government agency violates my rights, and I seek **injunctive relief**(to stop or require someone to do something)

Defendant NO.5, _____ is a citizen of _____, and is employed as a _____.

____ this defendant **personally paticipated** in causing my injury, and I want **money damages**.
OR
____ the policy or custom of this official's government agency violates my rights, and I seek **injunctive relief**(to stop or require someone to do something,)

pg. 5(B)

Claim 1: On or about <u>may 29,2018; june 06,2018 december 13,2018 january 29,2019 october 15,2020</u> my civil right to
(Date)

<u>due process</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Brandon viator, John putikka, Rachel Duvlea, Bailey J Woolfstead</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

1) Viator Miranda right during interrogation, perjured testimony inadmissable hearsay in grand jury indictment followed by perjured testimony at motion to suppress nov. 12, 2021.

2) coercion by defendant putikka Dec. 13 2018 threats of no counsel, exculpatory DNA results never given Jan. 29, 2019.

3) no discoveries yet Duvle tried to have plaintiff have trial bail hearing May 15, 2020, plaintiff subject to slander on record excessive 250,000 bail

4) false statements madde by Woolfstead insisting on record that that plaintiff made motion to strike DNA; perjured testimony used and never corrected to forfiet Brady material June 7, 2022, ARMS report evidentiary hearing FEb. 29, 2023; omnibus hearing, motion to compel evidence hearing Jan. 12, 2023; omnibus hearing ruling, without plaintiff present, continuance trial Sept. 2023, Withholding brady material investigation or lack of investigation into grand jury accusation in deposition by Sysie Lott pg. 34, A line 14-15 " yeah, we got a phone call in the evening asking us if we wanted to die, and I don't know who it was---" the prejudical value far exceeds the probative. Accusations that even shock the conscience of plaintiff, I pray tthe court enjoins the lower court to grant plaintiff Nicori due process.

**Claim 2:** On or about <u>Sept. 7, 2022 Feb. 9, 2023</u>, my civil right to
(Date)

<u>Compell wittnesses for defense</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Bailey J. Woolfstead</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

the right of compelling wittnesses for defense in 2016-18, 15-16 year old paula Jaco b now deceised on Feb.22,2021, the states five year delay of due proccess, Jacob along with plaintiff daughter 16-17 year old at the time along with son dre Nicori who was 7-8 would spend weekends at the seminary dorm where one bedroom couch, kitchen, bath, where nicori was arrested workin as a volunteer plumber, after two years graduating and was going to be a minister. plaintiff is being denied cause of states prejudical five year hiatuss of civil rights.
Motion to compell exconerating ARMS report denied by perjured testimony on Sept, 7,2022 Ruling by Judge Peters using inadmissable hearsay with declorant Robert Lott absent at hearing even though involved and mentioned in the ARMS report. another motion to compel FEbuary 9,2023 denied without a mandatory hearing further violating and prejudicing a fair trial. Plaintiff Nicori has been persueing justice, due process, trying to compell exculpatory wittness' the state has been using ar-bitrary application of stricti juris, denying Nicori of exculpatory wittnesses and the redress of grievances, deprevation has caused plaintiff injustice and injury, appealing to the fourteenth amendment by minorities to the "due proccess clause"

December 13, 2018   December 21, 2018

Claim 3: On or about <u>January 14, 2019; Sept. 2, 2021</u>, my civil right to
(Date)

<u>Right to a speedy trial</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Putikka, Duvlea, Woolfstead</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On december 13 2018 Bethel superior court, judge Peters presiding counsel Putikka, Plaintiff made a demand for a speedy trial rule 45. Judge Peters denied and entered a continuance. then defendant Putikka came over to jury box where Nicori was sitting, threating Nicori "If you spaek up like that again, you will represent yourself" January 14, 2019 calender call where DNA results being recieved by Putikka was recorded. Yet Nicori did not recieve the DNA lab results; September 2, 2021 over three years delay of exculpatory evidence, even though plaintiff made repeated inquiries to the DNA to counsel Duvlea.

plaintiff Nicori as of may 29, 2023 has been incarcerated five years with the statute of limitations axpired with no reason given for the delay of trial, Nicori was on the trial list being first the list in April of 2023, continuance entered on Feb, 15 2023 and another continuance entered on February 15, 2023, with no presence of plaintiff or knowledge, a diliberate de- deprevation of civil rights of plaintiff.

Cliam 4: on or about May 29,2018;6/6/2018, my civil right to ~~Defendant trooper via~~ Defamation/ slander ~~the conscience~~

was violated by Trooper Brandon Viator

supporting facts (Briefly describe facts you consider important to claim 4.

Defendant trooper Viator totally shocking the conscience of plaintiff with intent and purpose not involved in the investigation with intent and purpose to cause plaintiff harm with a questions in June 29,2018 interview with plaintiff page 36 line 056 line 502-503 "like what was going through your mind? were you to--did you think that she was going to like it?" Viator even though plaintiff had pleaede the fifth continued to question; yet on even on page 39 q, line 670 "I know-I know it's a little emberassing" with nothing in the complaint about genital contact,plaintiff had to have genitals touched by Viator, with deliberate indifference even at the grand jury indictment prejudical, inadmissable hearsay that set a domino effect of unconstitution, biased violation since June 6,2018 page 54 A line 12-13 "he through numerous statements, he admitted to it. He did not say specifically what he did." plaintiff Nicori a survivor of multiple sexual assault as a child,reffering to them, with state actors using them against Nicori, as if suffering through childhood assaults were not hard enough! To have them used against him, when will Nicori be innocent until proven being treated with deliberate indefference. or is just because i'm part of a minority that is being dispaportionitly incacerated by the state of Alaska? Justice prevail i pray.

Claim 5: on or about May 29, 2018, my civil right to Equal protection was violated by Trooper Brandon Viator, ET AL.

supporting facts ( briefly describe facts you consider Important to claim 5.

state prisoner Matthew J. Nicori excercising his right to petition in fedefal court for the writ of Habeuas Corpus, the federal due procces rights apply to the states, Exculpatory Brady material denied, evidendtiary hearings using perjured testimony used to deny by state actors, with plaintiff dednied even to have even the basic right of a hearing before ruling , blatant acts of concielment, making proceding fundamentally lawless that imprisonment persuant to them is not onlu errounéous but contitutionally void. Nicori is petitioning for equal protection using the equal protection clause of the fourteenth amendment the prosecution is abridging and depriving due procces of the brady right " the right to full disclosure for the fair trial" Cruel and unusual penishment of plaintiff Matthew J. Nicori

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Matthew James Nicori

Defendant(s): Nancy Dolstram

Name and location of court: U.S. District Court Anchorage, AK.

Docket number: 3   Name of judge: Sharon L. Gleason

Approximate date case was filed: 09·09·2019   Date of final decision: 11·07·2019

Disposition:  _X_ Dismissed  ___ Appealed  ___ Still pending

Issues Raised: 1) miranda 2) 5th amendment for counsel 3) excessive bail 4) due process 5) speedy trial 6) access to prison library

b. <u>Lawsuit 2</u>:

Plaintiff(s): ____

Defendant(s): ____

Name and location of court: ____

Docket number: ____   Name of judge: ____

Approximate date case was filed: ____   Date of final decision: ____

Disposition: ___ Dismissed  ___ Appealed  ___ Still pending

Issues Raised: ____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

___ Yes  _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes __X__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 10,000 a day x2 after may, 29, 2023

2. Punitive damages in the amount of $ 40,000 a day x2 after may 29, 2023

3. An order requiring defendant(s) to relinquish exculpatory evidence held by inadmissable perjured hearsay

4. A declaration that Plaintiff be given exculpatory evidence, due process

5. Other: Monetary damages be double after plaintiff is incarcerated five years without trial, may 29, 2023

Plaintiff demands a trial by jury. _____ Yes  X  No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Bethel Alaska Yukon Kuskokwim correctional center (Location) on June 6, 2023 (Date)

_____
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)        (Date)

Yukon Kuskokwim Correctional center
Po Box 400 Bethel, AK 99559
(907) 543-5245
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Matthew nicori 141573
yukon kuskokwim correctional center
po box 400
Bethel, alaska 99559
(907) 543-5245

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Matthew nicori<br>  Petitioner,<br>vs.<br><br>Brandon Viator, AK, ST, Trooper<br>John O. Putikka, OPA<br>Rachel Duvlea, PDA<br>Bailey J. Woolfstead, Asst. Att. General | case.no. _____<br>complaint |

## I. PETITION

Self represnted prisoner, Matthew nicori, filing for a petition for a writ of habeaus corpus under 42 U.S.C. § 1983 along a prisoner's application to waive prepayment of the filing fee. Mr. Nicori is a pretrial detainee at the Yukon Kuskokwim Correctional Center. This court takes notice of Mr. Nicori's criminal case in the Alaska Superior court in case no. 4BE-18-00520CR. In the Bethel superior court, fourth judical district State of Alaska.

1) On or about May 19th, 2018 at or near Akiak, according to grand jury indictment transcripts in the fourth judical district Bethel Superior court. Four counts were charged against plaintiff Nicori (1) AS11.41.420(a)(3)(2), (2.) AS11.41.420(a)(3)(3), (3.) AS11.41.425(a)(1)(C), (4) AS11.41.425(a)(1)(3).

in the investigation by defendant SGT. Alaska State trooper Brandon Viator, with search warrant 4BE-18-34SW for a SART kit to be served on plaintiff Nicori's person on May 29, 2018 at Bethel, Alaska State trooper station. DEfendant Viator picked up Pliantiff Nicori at the Bethel Moravian church property, where Nicori was working volunteering as a plumber at the seminary. In proceeding service of warrant

proceeding service of warrant and interigation. Plaintiff Viator repeatedly violated Nicri's demand for fifth amendment right to remain silent and right to counsel. Incarcerating Nicori at YKCC Bethel jail.on the following June 06,2018 Grand jury indictment plaintiff Viator using perjuered, prejudical testimony in which defendant Viator stated pg.54 A L.12-13 " he through--throught numerous statements he (nicori) admitted to it." After a November 10,2021 motion to suppress hearing in which Trooper Viator yet again commited perjury. Presiding Judge Nathaniel Peters ruled on November 12,2021 to suppress interigation statements for constitutional violations. A fifth amendment and due process.

2) NIcori's first court appointed counsel then PDA John O.Putikka approxametly von December 13,2018 at the Bethel superior court, calender call on case no. 4BE-18-00520CR,Nicori demanding his right for a speedy trial, presiding judge Nathaniel Peters entered a continuance against the wishes of Nicori, Counsel Putikka came over to the jury box where all the defendants were sitting threatened plaintiff Nicori. "if you speakup like that again, you will be representing yourself.", January 14 attorney visit at YKCC in Bethel, AK. Counsel Putikka stated."I've recieved the lab DNA results." and produced a black covered folder.Next day on January 14,2019 at calender call at the Bethel Superior Court, Putikka on record "I've recieved the DNA lab results but need to black out seven pages." Exculpatory evidence never given to plaintiff. 1st and sixth right to counsel.

3)Nicori's third PDA counsel Rachel Duvlea Despite numerous petitions for investigations, petitions for motion to compel discoveries,Defendant Duvlea tried to take Nicori to trial on October 15,

15,2020 calender call, scheduling a trial even though no due process, investigation, right to effective counsel.

4) Bailey j. Woolfstead assistant attorney general, right to speedy trial, staiting on record "no DNA evidence" on March 13, 2019, even trying to misslead the court that plaintiff Nicori has made a motion to strike the DNA evidence, even though Nicori had made no such motion on May 16, 2019, same day that judge Nathaniel Peters violated Nicori's 1st amendment right, stating I will not honor your right to speak and petition the Government.

5) John Doe

6) Jane doe

1. as a result of defendant's violations of plaintiffs due proces rights, causing plaintiff loss of life, liberty, income, without equal protection of the law. Exceeding five years on May 29, 2023 of mental anguish.

2. Wherfor, plaintiff prays for judgement against defndants in the sum of 10,000$ a day compenstory,; 40,000$ a day punative plus costs and interest, 50,000 a day to May 29, 2023, 100,000 a day after May 29, 2023.

Matthew j. Nicori 141573
plaintiff PRO SE

Subscribed and sworn to before me
this 6th day of June 20 23
Wilbert W. Larson
Notary Public
My Commission Expires with employment

[Notary seal: WILBERT W. LARSON, NOTARY PUBLIC, STATE OF ALASKA]

Matthew Nicori 141573
Yukon kuskokwim correctional canter
po box 400
Bethel, AK 99559

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Matthew nicori,<br>   petitioner<br><br> vs.<br><br>Brandon Viator, state trooper<br>John O. Putikka, OPA<br>Rachel Duvlea, PDA<br>Bailey J. Woolfstead, ASST.ATT. General | case no.<br><br>Decloration of service<br>Civil Rule 4(e) Affidavit |

I, the undersigned, hereby certify that on this ____ day of June 20___, the foregoing was swrved on the clerk of the district of Alaska, United States District Court for filing; and served upon the following in accordance with Federal rule of civil procedure (FRCP) Rule 4.

1) Brandon Viator AK. ST. Trooper _____ District, Address _____
453 South Valley way Palmer, AK 99645 ;

2) John O. Putikka, OPA _____ District, Address _____
900 W 5th Ave, Suite 525 Anchorage, AK 99501 ;

3) Rachel Duvlea, PDA _____ District, Address _____
529 5th Avenue ste. 1 fairbanks, AK 99701 ;

4) Bailey J. Woolfstead Assistant Attorney General, Address _____
PO Box 170 Bethel, AK 99559 ;

5) John Doe,

6) Jane Doe,

By depositing the same in the mail on this 6th day of June 20 23; properly addressed with postage and prepaid.

Matthew nicori

_____plaintiff, pro se

DOC# 141573

yukon kuskokwim correctional center,
Bethel AK 99559



Subscribed and sworn to before me this 6th day of June 20 23
Wilbert W. Larson
Notary Public
My Commission Expires with employment



New Mile
N Kasklokwim correctional center
X 400
hcl AK 99559

United States District Court
District of Alaska
Clerk of Court
Federal Building U.S. courthouse
101 12th Avenue, Room 332
Fairbanks, Alaska 99701-9990

RECEIVED
JUN 15 2023
Clerk, U.S. District Court
Fairbanks, AK